AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 19 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
Timothy A. Watson

) 
) Case No: 4:97CR70004-009
) USM No: 07177-084
)
) Defendant's Attorney

Date of Previous Judgment: October 31, 1997
(Use Date of Last Amended Judgment if Applicable)

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___180___ months **is reduced to** ___(see comments)___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 32           Amended Offense Level: 30
Criminal History Category: III        Criminal History Category: III
Previous Guideline Range: 151 to 180 months    Amended Guideline Range: 121 to 151 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Amended Sentence: 150 months OR time served, whichever is longer.

Except as provided above, all provisions of the judgment dated ___10/31/1997___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/19/08

Effective Date: ~~3/13/08~~ 3/29/08
(if different from order date)

_Jackson L. Kiser_ (signature)
Judge's signature

Jackson L. Kiser, Senior United States District Judge
Printed name and title